UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    CHAD M HOEKSEMA  
    JENNIFER L HOEKSEMA  
    Debtor(s)

Case No. 09-44821

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/25/2009.

2) The plan was confirmed on 03/17/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/08/2010.

5) The case was converted on 04/29/2011.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,200.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $15,920.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $15,920.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $847.66 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $847.66

Attorney fees paid and disclosed by debtor:      $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORP | Secured | 23,271.00 | 23,249.07 | 23,249.07 | 7,835.06 | 1,114.23 |
| ANTHONY E PROSKE | Unsecured | 91.16 | 137.75 | 137.75 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 729.00 | NA | NA | 0.00 | 0.00 |
| BASS & ASSOCIATES | Unsecured | 747.00 | 757.98 | 757.98 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 2,960.00 | 3,054.16 | 3,054.16 | 0.00 | 0.00 |
| CB USA INC | Unsecured | 446.00 | 446.00 | 446.00 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 95.00 | 96.21 | 96.21 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 95.46 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 151.20 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL | Unsecured | 1,310.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 2,029.00 | 2,671.00 | 2,671.00 | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 2,565.00 | 2,688.38 | 2,688.38 | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 511.00 | 511.10 | 511.10 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 3,202.00 | 7,225.25 | 7,225.25 | 0.00 | 0.00 |
| JOLIET CARDIOLOGY CENTER | Unsecured | 338.00 | 267.60 | 267.60 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | NA | 880.53 | 880.53 | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 100.31 | NA | NA | 0.00 | 0.00 |
| NASR LTD | Unsecured | 407.60 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OPHRYS LLC | Unsecured | 560.00 | 587.75 | 587.75 | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 467.00 | 492.19 | 492.19 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 3,357.00 | 3,231.06 | 3,231.06 | 0.00 | 0.00 |
| PROVENA HEALTH CTR FOR DIAG | Unsecured | 484.02 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Unsecured | NA | 377.35 | 377.35 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 15,922.00 | 15,922.00 | 15,922.00 | 5,359.78 | 763.27 |
| RESURGENT CAPITAL SERVICES | Unsecured | 930.00 | 960.86 | 960.86 | 0.00 | 0.00 |
| RMS | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SLEEP SOLUTIONS | Unsecured | 440.67 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Unsecured | 11,959.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $39,171.07 | $13,194.84 | $1,877.50 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$39,171.07** | **$13,194.84** | **$1,877.50** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$24,385.17** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $847.66 |
| Disbursements to Creditors | $15,072.34 |
| **TOTAL DISBURSEMENTS** : | **$15,920.00** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/18/2011                                          By: /s/ Glenn Stearns
                                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**